KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89101
(702) 853-0700

E-FILED:03/19/2010

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
DIONICIO VENANCIO

CASE NO: BKS-09-33536-LBR

CHAPTER 13

Hearing Date:  April 08, 2010
Hearing Time:  1:30 pm

PRO SE DEBTOR
Attorney for the Debtor

### TRUSTEE'S OPPOSITION TO CONFIRMATION OF 0
### COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 12/16/2009. The 341(a) Meeting of Creditors held on February 02, 2010 at 1:00 pm was:

- taken off calendar

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) failed to appear  [11 USC § 341 (a)] DIONICIO VENANCIO and
- Debtor(s) failed to commence Plan payments  [11USC § 1326 (a) (1)]
- Debtor(s) are delinquent in Plan payments
- Debtor(s) failed to timely file Schedules, Statements, and/other documents [B.R. 1007 (a)(c)] specifically: Schedules, Statement of Financial Affairs, 22c, Plan.

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00.

Dated: 03/19/2010

/s/Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee